[Counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

Red Pine Point LLC,

Plaintiff,

v.

Apple Inc. and The Weinstein Company LLC,

Defendants.

Case No. 3:14-cv-03639-RS

**STIPULATED REQUEST FOR ORDER CHANGING TIME AND ~~[PROPOSED]~~ ORDER CHANGING TIME**

Judge: Hon. Richard Seeborg

Courtroom 3

Pursuant to Local Rules 6-1 and 6-2, and as supported by the Declaration of Stephen C. Jarvis filed herewith, Red Pine Point LLC ("Red Pine"), Apple Inc. ("Apple"), and The Weinstein Company LLC ("TWC"), through their undersigned counsel, hereby stipulate and respectfully request that the Court extend the briefing schedule on TWC's Motion for Summary Judgment by 30 days.

WHEREAS, under the current briefing schedule, Red Pine would file its Response to TWC's Motion for Summary Judgment by February 3, 2015, TWC would file its Reply by February 10, 2015, and the Court would hold a hearing on the motion on March 12, 2015;

WHEREAS, Red Pine's counsel avers that Red Pine has reached an agreement in principle that would finally resolve this action and the following six other actions pending before this Court:

- *Red Pine Point LLC v. Apple Inc. and Magnolia Pictures LLC*, Case No. 3:14-cv-03493-RS;
- *Red Pine Point LLC v. Yahoo! Inc. and The Weinstein Company LLC*, Case No. 5:14-cv-04762-RS;
- *Red Pine Point LLC v. DIRECTV, LLC*, Case No. 3:14-cv-04763-RS;
- *Red Pine Point LLC v. Sony Network Entertainment International, LLC and Magnolia Pictures, LLC*, Case No. 3:14-cv-04764-RS;
- *Red Pine Point LLC v. Google Inc. and Magnolia Pictures, LLC*, Case No. 3:14-cv-04765-RS; and
- *Red Pine Point LLC v. VUDU, Inc. and Magnolia Pictures LLC*, Case No. 3:14-cv-04767-RS.

(Red Pine expects that the agreement will be finalized within the next 30 days, at which point the parties would expect to dismiss with prejudice all claims and counterclaims in this action and the foregoing six actions);

NOW, THEREFORE, pursuant to Local Rule 6-2, the parties through their respective attorneys stipulate to an adjusted schedule on the pending summary judgment

motion as follows, subject to the Court's authorization:

1. Red Pine shall file its Response to the Motion for Summary Judgment by March 5, 2015;

2. TWC shall file its Reply to Red Pine's Response by March 12, 2015; and

3. The Court will hold a hearing on the Motion for Summary Judgment on April 13, 2015, or at such other time as the Court's calendar accommodates.

**IT IS SO STIPULATED.**

Dated: February 3, 2015

Respectfully Submitted,

*/s/ Stephen C. Jarvis*
Todd Christopher Atkins (CA Bar No. 208879)
tatkins@siprut.com
SIPRUT PC
701 B St Ste 1170
San Diego, CA 92101
619-255-2380
Fax: 619-231-4984

Stephen C. Jarvis (admitted *pro hac vice*)
233 S. Wacker Dr., 84th Floor
Chicago, IL 60606
(312) 283-8330
stephen@wawrzynlaw.com

*Counsel for Red Pine Point LLC*

*/s/ James R. Batchelder*
James R. Batchelder (CA Bar No. 136347)
james.batchelder@ropesgray.com
ROPES & GRAY LLP
1900 University Avenue, 6th Floor

East Palo Alto, California 94303-2284
Tel: (650) 617-4000
Fax: (650) 617-4090

Marc A. Cavan (admitted *pro hac vice*)
marc.cavan@ropesgray.com
ROPES & GRAY LLP
191 N. Wacker Drive, 32nd Floor
Chicago, IL 60606-4302
Tel: (312) 845-1200
Fax: (312) 845-5500

Counsel for Defendants
Apple Inc. and The Weinstein Company LLC

**ATTESTATION FOR SIGNATURE**

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatories.

Date: February 3, 2015 */s/ Stephen C. Jarvis*

**[~~PROPOSED~~] ORDER**

Having considered the parties' Stipulated Request for an Order Changing Time, and for good cause shown,

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that Red Pine shall file its Response to TWC's Motion for Summary Judgment by March 5, 2015, TWC shall file its Reply to Red Pine's Response by March 12, 2015, and the Court will hold a hearing on the motion on ~~April 13, 2015 or at such other time as the Court sees fit.~~ April 23, 2015 at 1:30 p.m.

DATED: February 4, 2015

Honorable Richard Seeborg
United States District Judge
Northern District of California